TRECKER & FRITZ
Attorneys at Law

| | |
|---|---|
| COLLIN M. (MARTY) FRITZ | 1763 |
| ALLEN K. WILLIAMS | 2900 |

820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone: (808) 528-3900
cmfritz@lawctr.net
allen@lawctr.net

| | |
|---|---|
| SUSAN L. MARSHALL | 5695 |

4265 Halenani Street
Lihue, Hawaii 96766
Telephone: (808) 245-8000
Susan@susanlmarshall.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VERNA RITA,<br><br>        Plaintiff,<br>vs.<br><br>COUNTY OF KAUAI, and DOES 1-10,<br><br>        Defendants. | CIVIL NO. CV 12-00605 BMK<br><br>PLAINTIFF'S MOTION IN LIMINE NO. 6 RE ADMITTED FACTS; DECLARATION OF ALLEN K. WILLIAMS; EXHIBITS "1" – "4"; AND CERTIFICATE OF SERVICE<br><br>Magistrate Judge:<br>  Honorable Barry M. Kurren<br>Trial Date: May 20, 2014 |

PLAINTIFF'S MOTION IN LIMINE NO. 6 RE ADMITTED FACTS

Plaintiff Francis T. O'Brien, as Personal Representative of the Estate of Vera N. Rita, deceased[1], moves in limine for an order finding certain facts, set forth in the Memorandum in Support of Motion, as conclusively established for the trial in this matter.

DATED: Honolulu, Hawaii, April 14, 2014.

        /s/ Collin M. (Marty) Fritz
COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
SUSAN L. MARSHALL
Attorneys for Plaintiff

---

[1] On April 11, 2014, Francis T. O'Brien was appointed the Personal Representative of Estate of Verna N. Rita, deceased, in a probate proceeding filed in the Fifth Circuit Court, State of Hawaii, P. No. 14-1-000026. See, Suggestion of Death, filed March 24, 2014 (Doc. 84.)

2