IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VERNA RITA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>COUNTY OF KAUAI, and DOES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO. CV 12-00605 BMK<br><br>MEMORANDUM IN SUPPORT OF MOTION |

MEMORANDUM IN SUPPORT OF MOTION

Plaintiff utilized *FRCP* Rule 36 Requests for Admission, to establish facts of the case, and Defendant admitted to certain facts, for which Plaintiff now seeks an order from the court finding that those admitted facts are conclusive established for the purposes of the trial in this case.

Defendant admitted to facts, which are set forth in the attached Summary of Admitted Facts, based on its responses to Plaintiff's First and Second Request for Admissions. Exhibit "1" – "3".

Due to Verna Rita's death (see, Suggestion of Death, filed March 24, 2014 (Doc. 80)), Francis T. O'Brien as the Personal Representative of Estate of Verna N. Rita, deceased, has determined that special damages recovery for past medical expenses should be limited to the period of time in which Defendant has agreed to, by way of its responses to Plaintiff's Request for Admissions, that the injuries

sustained in the fall required medical care and treatment, and for which the expenses for such appropriate treatment was reasonable. As such, there is no dispute that Verna Rita sustained injuries in the fall, for which she was hospitalized for treatment and care from date of the fall to December 10, 2010. As a result, only certain medical expenses are now be admitted into evidence, and, again, these expenses have been admitted to by Defendant as being reasonable for the medical care and treatment Verna Rita received necessitated by the injuries sustained in the subject fall, and which was appropriate medical care and treatment for those injuries.

Attached as Exhibit "4" is a revised summary of the admitted medical expenses.

Based on the authorities and facts set forth above, Plaintiff seeks an order finding those facts set forth in Exhibit "1", as amended by Exhibit "4", as conclusively established for the trial in this matter.

DATED: Honolulu, Hawaii, April 14, 2014.

    /s/ Collin M. (Marty) Fritz
COLLIN M. (MARTY) FRITZ
ALLEN K. WILLIAMS
SUSAN L. MARSHALL
Attorneys for Plaintiff